UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ANNETTE NOSKOWIAK,**

        **Plaintiff,**

        -vs-

**BOBST, SA,**
**BOBST GROUP USA, INC.,**
**ABC INSURANCE CO., and**
**XYZ COMPANY(S),**

        **Defendants,**

**and**

**WAUSAU INSURANCE CO.,**

        **Subrogated Defendant.**

Case No. 04-C-642

## ORDER

Based on the Parties' stipulation, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs to any party.

Dated at Milwaukee, Wisconsin, this 8th day of September, 2005.

        **SO ORDERED,**

        s/ Rudolph T. Randa
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**